IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ALEX KANAKARIS | : | NO. 08-734-1 |

### ORDER

AND NOW, this 7th day of October, 2009, upon consideration of the defendant's unopposed request to amend conditions of Pre-Trial Release, it is hereby ORDERED that the request is GRANTED.

IT IS FURTHER ORDERED that the travel restrictions contained in the defendant's conditions of pre-trial release shall be amended to permit the defendant to travel to Las Vegas, Nevada for two days, from October 9, 2009 to October 11, 2009, subject to the defendant providing an itinerary to U.S. Pre-Trial Services.

**AND IT IS SO ORDERED.**

*[signature]*
Lawrence F. Stengel, J.

10/7/09
fax: Cohen, Hawkins, Lova, Rothermel, Lappen, Zeller