IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ALEX KANAKARIS | : | NO. 08-734-1 |

### ORDER

AND NOW, this 23rd day of October, 2009, upon consideration of the defendant's unopposed October 22, 2009 request to amend conditions of Pre-Trial Release, it is hereby ORDERED that the request is GRANTED.

IT IS FURTHER ORDERED that the travel restrictions contained in the defendant's conditions of pre-trial release shall be amended to permit the defendant to travel to Las Vegas, Nevada for two days, from October 24, 2009 to October 25, 2009, subject to the following conditions: first, the defendant must provide an itinerary to Pre-Trial Services prior to his trip and second, he shall contact Pre-Trial Services immediately upon his return to California.

IT IS FURTHER ORDERED that failure to abide by these conditions shall result in a violation of the defendant's current bail status.

AND IT IS SO ORDERED.

THE HONORABLE MICHAEL M. BAYLSON,
for, the Honorable Lawrence F. Stengel

10/23/09
fax- Cohen, Hawkins; Lozo & Baker, PTS